**Dismissed; Opinion Filed April 16, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01080-CV

## SHAMIM A. CHOWDHURY AND LIZA S. CHOWDHURY, Appellants
## V.
## FIDELITY NATIONAL TITLE INSURANCE COMPANY AND COUNTRYWIDE BANK, FSB, Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-19-07095-D**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Myers

Appellants' brief in this case is overdue. By postcard dated March 30, 2021, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file their brief by that time might result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

201080F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHAMIM A. CHOWDHURY AND
LIZA S. CHOWDHURY, Appellants

No. 05-20-01080-CV          V.

FIDELITY NATIONAL TITLE
INSURANCE COMPANY AND
COUNTRYWIDE BANK, FSB,
Appellees

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-07095-D.
Opinion delivered by Justice Myers.
Justices Partida-Kipness and Garcia
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 16th day of April, 2021.